IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01812-CMA-MJW

SPRINT COMMUNICATIONS COMPANY L.P.,

Plaintiff,

v.

AT&T CORP.,

Defendant.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Plaintiff's Unopposed Motion for Entry of Stipulated Protective Order Concerning Confidential Information (docket no. 27) is GRANTED finding good cause shown. The written Stipulated Protective Order Governing Confidential Information (docket no. 27-1) is APPROVED as amended in paragraphs 12 and 19 and made an Order of Court.

Date: November 12, 2015